## Esther Hoppe, Appellee, v. Yellow Cab Company, Appellant.

### Gen. No. 42,861.

Heard in the first division, first district, this court at the October term, 1943; opinion filed October 15, 1945; released for publication October 30, 1945. Jesmer & Jesmer, for appellant; Julius Jesmer, of counsel; Samuel A. Rinella, for appellee; Joseph Barbera, of counsel. Opinion by JUSTICE O'CONNOR. Not to be published in full.